### HOWE v. MOSS et al.

No. 3916.  Decided December 30, 1922.  (211 Pac. 998.)

Application for mandamus by Harry E. Howe against James E. Moss and others, as members of the Board of Education and Clerk of Granite School District.

WRIT GRANTED.

*D. W. Moffat,* of Murray, for plaintiff.

*O. W. Carlson,* of Salt Lake City, for defendants.

THURMAN, J.

This is a companion case of the one just decided by this court—*Hill* v. *Moss et al., as Officers of the Granite School District,* 61 Utah 213, 211 Pac. 994. The cases, by stipulation of the parties, were argued and submitted together upon the understanding that the decision in one case should be controlling in the other.

It is therefore ordered that the peremptory writ of mandate be granted, as prayed for in the application.

CORFMAN, C. J., and WEBER, GIDEON, and FRICK, JJ., concur.